IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY,                     ) | |
|        ) | |
|     Plaintiff,            ) | |
|        ) | |
|     v.                    ) | CASE NO. 2:26-cv-121-ECM |
|        ) | [WO] |
| HYUNDAI MOTOR MANUFACTURING ) | |
| OF ALABAMA, LLC,        ) | |
|        ) | |
|     Defendant.       ) | |

**O R D E R**

On May 21, 2025, the Court declared Gregory Kelly ("Kelly") a vexatious litigant "as a consequence of Kelly's vexatious filing of shotgun pleadings" and further ordered that "in the event [Gregory] Kelly files a shotgun pleading in the future, after appropriate review, the Court will summarily dismiss the pleading and action without prejudice." (Doc. 52 at 2 in *Kelly v. Montgomery Water Works & Sanitary Sewer Bd.*, 2:24-cv-348-RAH-JTA (M.D. Ala.)).  On February 24, 2026, Kelly filed this *pro se* fifteen-count civil action against Hyundai Motor Manufacturing of Alabama, LLC. (Doc. 1).

After careful review, the Court concludes that the complaint is a shotgun pleading because it "contain[s] multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint." *Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015).  Consequently, this case is due to be denied without prejudice.

Accordingly, and for good cause, it is

ORDERED as follows:

1.     This case is DISMISSED without prejudice;

2.     All pending motions are DENIED as moot, and all pending deadlines are

TERMINATED;

3.     **As soon as practicable but no later than <u>May 6, 2026</u>, Kelly shall pick up**

**the service packets in this case from the Middle District of Alabama Clerk's Office,**

**located at 1 Church Street, Montgomery, AL 36104.**

A separate Final Judgment will be entered.

DONE this 6th day of April, 2026.

        /s/ Emily C. Marks
        EMILY C. MARKS
        UNITED STATES DISTRICT JUDGE